UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 25, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | Case No.: | 17-21498 |
| Michele Yocco | Chapter: | 13 |
| | Hearing Date: | July 25, 2017 |
| | Judge: | Jerrold N. Poslusny, Jr. |

## ORDER REINSTATING CASE

The relief set forth on the following page, numbered two through two is hereby **ORDERED**.

**DATED: July 25, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

*In re Michele Yocco.*
*Case No.: 17-21498*
Order Reinstating Case
Page | 2

___

**THIS MATTER** having come before the court by the Debtor's Motion to Reinstate Case; and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** the case is reinstated effective as of 7/25/2017. The Order dismissing this case entered on 6/19/2017, remains and remained in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that unless the deadlines expired <u>before</u> the dismissal of this case, creditors and/or parties–in-interest have:

1. until the original deadline fixed by the court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

```
4. 10 days to become current and provide documents
```
**IT IS FURTHER ORDERED** that the Debtor shall, within three (3) days of the date of this Order, serve **<u>ALL</u>** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certificate of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Michele Yocco  
    Debtor

Case No. 17-21498-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 26, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.  
db        +Michele Yocco,   125 W. Cottage Avenue,   Haddonfield, NJ 08033-3305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:  
      Andrew M. Lubin   on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
      Denise E. Carlon   on behalf of Creditor   Queens Park Oval Asset Holding Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      John D. DiCiurcio   on behalf of Debtor Michele  Yocco diciurciowmpa@aol.com  
      U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov

                                  TOTAL: 5