Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

                            Case No.:  17−21498−JNP  
                            Chapter:  13  
                            Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Michele Yocco  
   aka Michele Cristinzio  
   125 W. Cottage Avenue  
   Haddonfield, NJ 08033

Social Security No.:  
   xxx−xx−4045

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                9/20/17  
Time:              10:00 AM  
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 15, 2017  
JAN: dmb

                                                  Jeanne Naughton  
                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 17-21498-JNP
Michele Yocco                                                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1             Date Rcvd: Aug 15, 2017
                              Form ID: 132               Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
```
db             +Michele Yocco,    125 W. Cottage Avenue,    Haddonfield, NJ 08033-3305
516872448      +BMW Bank of North America Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516865372      +BMW Financial,    PO Box 201347,   Arlington, TX 76006-1347
516865374      +Phelan, Hallinan, Diamond and Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516865375      +Queen's Park Asset Holding Trust,    300 Delaware Avenue,    9th floor,
                 Wilmington, DE 19801-1607
516865376       Roundpoint Mortgage Company,    PO Box 19409,   Charlotte, NC 28219-9409
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2017 22:20:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2017 22:20:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
```
                                                                                                                               TOTAL: 2

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516865373       CCMUA
```
                                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor   Queens Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John D. DiCiurcio    on behalf of Debtor Michele  Yocco diciurciowmpa@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                             TOTAL: 5