**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−21498−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele Yocco
   aka Michele Cristinzio
   125 W. Cottage Avenue
   Haddonfield, NJ 08033

Social Security No.:
   xxx−xx−4045

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 16, 2017
JAN: cmf

                                             Jeanne Naughton
                                             Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 17-21498-JNP
Michele Yocco                                                      Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Nov 16, 2017
                               Form ID: 148             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db             +Michele Yocco,    125 W. Cottage Avenue,    Haddonfield, NJ 08033-3305
516872448      +BMW Bank of North America Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516865372      +BMW Financial,    PO Box 201347,   Arlington, TX 76006-1347
517105725      +Carisbrook Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corpor,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
516865374      +Phelan, Hallinan, Diamond and Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
516865375      +Queen's Park Asset Holding Trust,    300 Delaware Avenue,    9th floor,
                 Wilmington, DE 19801-1607
516865376       Roundpoint Mortgage Company,    PO Box 19409,    Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 22:40:51     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 22:40:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517059450       EDI: BMW.COM Nov 16 2017 22:28:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH 43016
517019113       EDI: BANKAMER.COM Nov 16 2017 22:28:00      Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
517088288       EDI: PRA.COM Nov 16 2017 22:28:00      Portfolio Recovery Associates, LLC,
                 C/Ocapital One Bank (usa), N.a.,    POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516865373       CCMUA
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John D. DiCiurcio    on behalf of Debtor Michele  Yocco diciurciowmpa@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```